UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-874 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GARY STARK, | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. On April 26, 2001, Defendant's Attorney notified the United States that Defendant filed for Chapter 7 bankruptcy on March 22, 2001.

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 1st day of May, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED MAY 2, 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____