PAYMENT HISTORY REPORT

DEBTOR: Stark, Gary C.
COURT NUMBER: 00-874 DWF/RLE

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | WA | 07-NOV-2001 | OT/B | Gary Stark | | KEYD-2-311 | | | $4.50 | 09-NOV-2001 |
| 0011 | PMNT | WA | 18-DEC-2001 | OT/B | Stark | | 14 | | | $175.00 | 21-DEC-2001 |
| 0012 | PMNT | WA | 24-JAN-2002 | OT/B | Stark | | 21 | | | $75.00 | 29-JAN-2002 |
| 0014 | PMNT | WA | 20-MAR-2002 | OT/B | Stark | | 36 | | | $175.00 | 25-MAR-2002 |
| 0017 | PMNT | WA | 12-JUL-2002 | OT/B | Stark | | 57 | | | $175.00 | 22-JUL-2002 |
| 0018 | PMNT | WA | 05-AUG-2002 | OT/Y | G. STARK | MN /2/203 | 3273 | | | $175.00 | 05-AUG-2002 |
| 0019 | PMNT | WA | 09-SEP-2002 | OT/B | Stark | | 67 | | | $175.00 | 16-SEP-2002 |
| 0020 | PMNT | WA | 28-OCT-2002 | OT/B | Stark | | 05 | | | $175.00 | 04-NOV-2002 |
| 0022 | PMNT | WA | 21-JAN-2003 | OT/B | Stark | | 18 | | | $175.00 | 27-JAN-2003 |
| 0028 | PMNT | WA | 20-AUG-2003 | CH/Y | stark | MN /3/219 | 340671 | | | $100.00 | 20-AUG-2003 |
| 0029 | PMNT | WA | 23-OCT-2003 | GR/G | US Steel Corp. | MN /04/016 | 914791 | | | $46.15 | 23-OCT-2003 |
| 0030 | PMNT | WA | 27-OCT-2003 | GR/G | US Steel | MN /04/018 | 915241 | | | $46.15 | 27-OCT-2003 |
| 0031 | PMNT | WA | 06-NOV-2003 | GR/G | U.S. Steel Corp. | MN /04/026 | 920326 | | | $46.15 | 06-NOV-2003 |
| 0033 | PMNT | WA | 05-JAN-2004 | GR/G | U.S. STEEL CORP. | MN /04/067 | 941134 | | | $46.15 | 05-JAN-2004 |
| 0004 | PMNT | WA | 30-JUL-2007 | GR/G | US Steel Corp | MN /07/172 | 702952 | | | $46.15 | 30-JUL-2007 |